**FILED**

07/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0135

_____

IN THE MATTER OF:

A.M.M.R. and M.L.R.M.R.,                               O R D E R

      Youths in Need of Care.

_____

Counsel for Appellant Father has filed a motion for a 45-day extension of time within which to file his opening brief. Counsel has also filed a separate motion to consolidate DA 21-0135, _In the Matter of A.M.R.R., A Youth in Need of Care_, and DA 21-0136, _Matter of M.L.R.M.R., A Youth in Need of Care_.

The Court notes that these two matters, along with DA 21-0106, _Matter of M.L.R.M.R., A Youth in Need of Care_, were consolidated into one case, DA 21-0135, _Matter of A.M.M.R. and M.L.R.M.R., Youths in Need of Care_, on June 25, 2021. Therefore, the motion to consolidate is moot.

IT IS HEREBY ORDERED that motion is for extension of time is GRANTED. Appellants Father's opening brief shall be filed on or before September 2, 2021.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 7 2021